UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-cr-60164

UNITED STATES OF AMERICA,

v.

MELVIN DWAYNE ROBINSON,

    Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE'S REPORT

THIS CAUSE is before the Court upon a Superseding Petition for Offender under Supervision (the "Superseding Petition"). D.E. 46.

THE COURT has considered the Superseding Petition and the pertinent portions of the record, and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Alicia M. Otazo-Reyes, who held a hearing on the matter on October 18, 2016. On November 14, 2016, the Magistrate Judge issued a Report (the "Report") recommending that: (1) Defendant be found guilty of Violations 1, 2, and 4 by a preponderance of the evidence; and (2) Violation 3 be dismissed. D.E. 58. The United States timely filed objections on November 22, 2016. D.E. 60. The Defendant did not file objections.[1] *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge Otazo-Reyes' recommendation and concurs in all of her findings. Accordingly, it is hereby

---

[1] Defendant did, however, file a Response to the United States' objections ("the Response") on December 6, 2016. D.E. 61. While the filing was untimely, the Court reviewed and considered the Response.

ORDERED AND ADJUDGED that the Report, D.E. 58, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the United States' Objections, D.E. 60, are OVERRRULED. It is further

ORDERED AND ADJUDGED that the Defendant is adjudicated GUILTY of Violations 1, 2 and 4. It is further

ORDERED AND ADJUDGED that Violation 3 is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this __20th_ day of December, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record via cm/ecf